FILED

11/09/2023

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: DA 22-0364

IN THE SUPREME COURT OF THE STATE OF MONTANA

No. DA 22-0364

STATE OF MONTANA,

      Plaintiff and Appellee,

v.

SHANE MEDORE MAGGI,

      Defendant and Appellant.

## ORDER

Pursuant to Appellant's motion for extension of time to file the reply brief and good cause appearing,

IT IS HEREBY ORDERED that Appellant is given an extension of time until December 22, 2023, to prepare, file, and serve Appellant's reply brief.

No further extensions will be granted.

Electronically signed by:
Mike McGrath
Chief Justice, Montana Supreme Court
November 9 2023